# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**HEATHER S. GREEN**                                             **PLAINTIFF**

**v.**                                **No. 3:24-cv-57-DPM**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                 **DEFENDANT**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, *Doc. 11*, and overrules Green's objections, *Doc. 12*. Fed. R. Civ. P. 72(b)(3). The ALJ's opinion is thorough. He considered all the medical evidence of record to assess Green's health, including her migraines. He then weighed Green's testimony and made credibility determinations. And the limitations he noted on the light work she can do account for those migraines. As Judge Kearney noted, *Coody v. Kijakazi*, 2023 WL 4004189 (W.D. Ark. 30 May 2023), involved a claimant with greater migraine-related impairments. Substantial evidence supports the ALJ's decision; and the Court sees no error of law. *Sloan v. Saul*, 933 F.3d 946, 949 (8th Cir. 2019). Green's complaint will therefore be dismissed with prejudice.

−2−

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_6 January 2025_