IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HEATHER S. GREEN                                                    PLAINTIFF

v.                          No. 3:24-cv-57-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                         DEFENDANT

## JUDGMENT

Green's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 January 2025